NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: MICHAEL KOLLMAN, ADAM WARD,**
*Appellants*

---

2018-1253

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/927,256.

---

## JUDGMENT

---

LYNN JEFFERY ALSTADT, Buchanan Ingersoll & Rooney P.C., Pittsburgh, PA, argued for appellants. Also represented by RALPH GEORGE FISCHER.

MOLLY R. SILFEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, MAI-TRANG DUC DANG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 16, 2018      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court